AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| LING ZHEN, | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:25-cv-2292-NC |
| INTEVAC, INC., KEVIN BARBER, DAVID S. DURY, NIGEL HUNTON, DOTTY HAYES, MICHELE KLEIN, EIJI MIYANAGA, and RYAN VARDEMAN, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* INTEVAC, INC., KEVIN BARBER, DAVID S. DURY, NIGEL HUNTON, DOTTY HAYES, MICHELE KLEIN, EIJI MIYANAGA, and RYAN VARDEMAN,

3560 Bassett Street
Santa Clara, CA 95054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Evan J. Smith
BRODSKY SMITH
9465 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B.Busby

Date: March 11, 2025

*Kim Means*

*Signature of Clerk or Deputy Clerk*